J. E. MANIX CO., Appellant, v. HOER-GERL, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by the J. E. Manix Company against Joseph Hoergerl, impleaded with others. A. B. Cunningham, for appellant. E. Herrmann, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JENNINGS, Respondent, v. EDMOUND SCHAEFFER & CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Peter C. Jennings against Edmound Schaeffer & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

JOHN A. ECKERT & CO. v. BAUMGARTEN. (Supreme Court, Appellate Term. February 15, 1910.) Appeal from City Court of New York, Trial Term. Action by John A. Eckert & Co. against Emil Baumgarten, as surviving partner of William Baumgarten & Co. From an order denying defendant's motion for judgment on the pleadings, he appeals. Affirmed. John G. Jackson, for appellant. Sproull, Harmer & Sproull, for respondents.

PER CURIAM. The order denying the defendant's motion for judgment on the pleadings upholds the sufficiency of the complaint. We think the order appealed from was correct. Whether the plaintiffs upon the trial can prove the damages alleged is a matter which we cannot determine from a mere inspection of the complaint. The allegations of the complaint are sufficient to entitle them to an opportunity to do so. Order affirmed, with $10 costs and disbursements.

KAVANAUGH et al. v. COMMONWEALTH TRUST CO. OF NEW YORK et al. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Charles H. Kavanaugh, who sues on behalf of himself and all other stockholders of the Commonwealth Trust Company of New York, against the Commonwealth Trust Company of New York and others. No opinion. Amount of undertaking fixed at $100,000 for each defendant desiring a stay. See, also, 64 Misc. Rep. 303, 118 N. Y. Supp. 758.

In re KEITH. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of Boudinot Keith. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLER, Appellant, v. HALSEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by William B. Keller against Charles D. Halsey and others. O. Horwitz, for appellant. E. P. Wheeler, for respondents. No opinion. Judgment and order affirmed, with costs, on 130 App. Div. 598, 115 N. Y. Supp. 564. Order filed.

121 N.Y.S.—72

KENNEDY, Appellant, v. KENNEDY, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by George Kennedy against Joseph Royal Kennedy. No opinion. Judgment unanimously affirmed, with costs.

KEPES, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Moritz Kepes against Joseph Green. I. Cohn, for appellant. R. L. Cherurg, for respondent. No opinion. Judgment modified, by deducting therefrom $183.36, together with the interest thereon, and, as modified, affirmed, without costs. Settle order on notice.

KERMAN, Appellant, v. PENNSYLVANIA STEEL CO., Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Edward Kerman against the Pennsylvania Steel Company. J. M. Ward, for appellant. H. S. Marshall, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KIERNAN, Respondent, v. DOLLARD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Frank Kiernan against Albert H. Dollard and another. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is not sufficient evidence that Dollard was Talcott's partner.

In re KLAUBER. (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of Albert Klauber, deceased. No opinion. Motion to dismiss appeal granted on conditions stated in order. Order filed.

KNICKERBOCKER INV. CO. v. VOORHEES et al. In re DAVIES, STONE & AUERBACH. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by the Knickerbocker Investment Company against Foster M. Voorhees and others. In the matter of Davies, Stone & Auerbach. H. Barry, for appellants. E. Van Schaick, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 121 App. Div. 690, 106 N. Y. Supp. 455; 128 App. Div. 639, 902, 112 N. Y. Supp. 842, 1134; 130 App. Div. 880, 114 N. Y. Supp. 1133.

KNORR, Appellant, v. SIMON, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Louise C. Knorr, as administratrix, etc., against William Simon. No opinion. Judgment affirmed, with costs.

KOCH et al. v. RUBIN et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Christian Koch

and others against Sali Rubin and others, in which Carl Weinberg appeals. No opinion. Motion granted, with $10 costs, unless the appellant places the cause on the present calendar and proceeds with the argument when the case is reached.

KOZAK, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by George Kozak against the Erie Railroad Company. No opinion. Motion to resettle order denied, without costs. See, also, 120 N. Y. Supp. 1131.

KROMBACH, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Rosa Krombach against Adrian H. Joline and another. B. H. Ames, for appellants. H. E. Herman, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

LADEW, Appellant, v. ALBANY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by William Ladew against the Albany Savings Bank. P. Bonynge, for appellant. H. G. Gray, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAMB, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Adam Lamb against Henry C. Friedman. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LAUX, Appellant, v. LOOMIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Mattie Laux against George T. Loomis and others. No opinion. Appeal dismissed, with costs, under general rule No. 39.

LAVIN, Appellant, v. FARGO, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Thomas Lavin, an infant, against James C. Fargo, as president, etc. H. J. Goldsmith, for appellant. J. W. Welsh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAYDON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Katharine A. Laydon against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

LENNON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by James Lennon against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
SPRING and WILLIAMS, JJ., dissent.

LEVIN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Harry Levin against the Nassau Electric Railroad Company. No opinion. Motion denied, with costs.

LEVY et al. v. JAECKEL. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Appeal from Trial Term, New York County. Action by Felix H. Levy and another against Albert Jaeckel. From a judgment for plaintiffs, and an order denying a new trial, defendant appeals. Modified and affirmed, on condition that remittitur be made. John Leary, for appellant. Ernest Hall, for respondents.
PER CURIAM. The judgment and order are reversed, and a new trial ordered, with costs to appellant to abide event, unless plaintiffs consent to modify the judgment by striking out the interest allowed, amounting to $374, and the amount of the extra allowance, in which event the judgment, as so modified, and the order appealed from, are affirmed, with costs to the respondents.

LOEB, Appellant, v. M. MOSSON CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by William Loeb against the M. Mosson Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LOESCHAUER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Catharine Loeschauer, as administratrix, etc., against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 128 App. Div. 909, 112 N. Y. Supp. 1135.
McLENNAN, P. J., dissents, upon the ground that there is no evidence tending to show that the absence of the rail, which is the charge of negligence against the defendant, in any way contributed to the accident.

LOVELAND et al., Appellants, v. HESS, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Theodore O. Loveland and another against John Hess.
PER CURIAM. Judgment and order affirmed, with costs.
THOMAS, J., dissents, upon the ground that the contract was one for the sale of goods.